Charles B. Updike (CU 1277)
Schoeman, Updike & Kaufman, LLP
Attorneys for Defendant
60 East 42nd Street
New York, New York 10165
(212) 661-5030

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN KIM,

                Plaintiff,

    -against-

COLUMBIA UNIVERSITY,

                Defendant.
------------------------------------------------------------X

06 CV 5365 (RPP)
ECF Case

**CONFIDENTIALITY AND
PROTECTIVE ORDER**

        Upon the application of defendant Columbia University in open court, and upon hearing from both sides, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, and good cause appearing therefor, it is hereby

        ORDERED that:

        1.    All documents turned over to plaintiff in connection with this action (and its predecessor action before the New York State Division of Human Rights), and the information contained in such documents, shall be treated by plaintiff as confidential and shall be used only in connection with plaintiff's prosecution of his claim against Columbia. The documents and information may be shared by plaintiff with persons who may be advising or assisting him in connection with the prosecution of this action but, if the documents and information are so

shared, such persons must be informed of and agree to be bound by the terms of this Order.

2. The last known addresses, telephone numbers or other contact information supplied by Columbia to plaintiff may be utilized by him, as necessary, only for the purpose of contacting persons for whom such information was supplied, as potential witnesses, either before or during trial. Plaintiff will only contact those persons for that limited purpose by written correspondence or by telephone between the hours of 9:00 a.m. and 9:30 p.m.

3. If any person contacted by plaintiff states that he or she is represented by counsel, plaintiff shall have no further conversation with such person other than to seek the identity and contact information with respect to such counsel.

Dated:  New York, New York
April 10, 2009
12:45 PM

SO ORDERED:

_____
U.S.D.J.

2