UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
JOHN Y. KIM,

          Plaintiff,

-against-

COLUMBIA UNIVERSITY,

          Defendant.
------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-17-09
```

06 CV 5365 (RPP)

**ORDER**

**ROBERT P. PATTERSON, JR., U.S.D.J.**

On July 16, 2009, Defendant wrote this Court regarding: Plaintiff's failure to show up for his July 14, 2009 scheduled deposition, his failure to produce documents responsive to Defendant's request for production of documents by June 30, 2009 as ordered by this Court, and his failure to respond to Defendant's communications regarding these issues.

Due to being engaged in a lengthy criminal trial, the Court has been unable until this week to attend to Plaintiff's request for certain depositions opposed by Defendant, and to reconsider the appropriateness of the discovery deadline in this case in light of this delay. Accordingly, the Court orders that Plaintiff's deposition will now take place subsequent to the depositions of the five witnesses noticed in the Court's order dated July 15, 2009, and by no later than October 15, 2009. Defendant's deposition of Plaintiff will be under the supervision of Magistrate Judge Eaton, and will take place in this Courthouse. All dates set by Magistrate Eaton are binding on the parties.

Defendant is ordered to modify the document discovery requested of Plaintiff by August 1, 2009 so that the documents requested relate only to: the period of the complained of events in 1992, matters relating to Plaintiff's efforts to mitigate his damages by seeking other employment, and

Plaintiff's claims for damages. If Defendant is entitled to other documents it is to advise the Court by July 31, 2009. Lastly, Plaintiff is reminded that he is under court order to answer Defendant's telephone calls and related correspondence.

IT IS SO ORDERED.

Dated: New York, New York
July 17, 2009

Robert P. Patterson, Jr.
U.S.D.J.

Copies of this Order sent by fax and mail to:

Charles Updike (by fax)
Schoeman, Updike & Kaufman, LLP
60 East 42nd Street
New York, NY 10165
Fax: (212) 661-5030

Mr. John Y. Kim (by mail)
c/o Harry Kim
531 Eastgate Road
Ho Ho Kus, NJ 07423

Chambers of Magistrate Judge Douglas Eaton
500 Pearl Street, Room 1360
New York, NY 10017